IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| In Re Terri L. Crawford,<br><br>Respondent | Case No. 8:13-AD-04<br><br>NOTICE AND<br>ORDER TO SHOW CAUSE |

The court is advised that Terri L. Crawford, a member of the bar of this court, has been given disciplinary sanctions: Judgment of Disbarment entered on March 1, 2013, by the Nebraska Supreme Court, and in accordance with NEGenR 1.8(e)(2),

IT IS ORDERED that:

1. The United States District Court for the District of Nebraska is considering imposing the same discipline imposed by the Nebraska Supreme Court;

2. Terri L. Crawford is directed to show cause, if any, in writing, within thirty (30) days from the service of this notice why she should not be likewise disbarred from practice in this court;

3. That in default of such showing within the time allowed and without further hearing, an order shall be entered disbarring Ms. Crawford from practice in this court. If cause is timely shown, a hearing shall be scheduled;

4. That the clerk of the court give notice to Terri L. Crawford of entry of this order by mailing an official copy to her at her last known place of residence as disclosed by the records of this court.

DATED this 1st day of March, 2013.

BY THE COURT:

*s/ Laurie Smith Camp*
Chief United States District Judge