IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| In re Terri L. Crawford,<br><br>　　　　　Respondent | Case No. 8:13-AD-04<br><br>ORDER |

　　　　This matter is before the Court on the Respondent Terri Crawford's Motion for Extension of Time to Respond to the Order to Show Cause (Filing No. 4).

　　　　IT IS ORDERED that the Respondent Terri Crawford's Motion for Extension of Time to Respond to the Order to Show Cause (Filing No. 4) is denied.

　　　　DATED this 27th day of March, 2013.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　*s/ Laurie Smith Camp*
　　　　　　　　　　　　　　　　　　　　Chief United States District Judge