IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| In Re Terri L. Crawford, | Case No. 8:13-AD-04 |
| Respondent | ORDER |

The Court grants the Respondent's Motion to Recuse, in part, as follows: This matter is assigned to Magistrate Judge Cheryl Zwart pursuant to NEGenR 1.8(b) for final disposition.

DATED this 2nd day of April, 2013.

BY THE COURT:

*s/ Laurie Smith Camp*
Chief United States District Judge