IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | 8:13AD4 |
| TERRI L. CRAWFORD, | ) | |
| | ) | SEALED |
| Plaintiff, | ) | ORDER |
| | ) | |

    Upon the assignment of this case to me and together with the filing of the Findings and Recommendation of Judge Zwart,

    IT IS ORDERED that the Clerk shall mail a copy of the Findings and Recommendation to Terri L. Crawford. Terri L. Crawford may file an objection plus a supporting brief no later than the close of business on Wednesday, July 31, 2013.

    DATED this 16th day of July, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge