IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| TERRI CRAWFORD, | ) | 8:13AD04 |
| | ) | |
| Respondent. | ) | MEMORANDUM AND ORDER |
| | ) | |

This matter involves the question of whether Ms. Crawford should be subjected to reciprocal discipline as a result of the disbarment decision of the Nebraska Supreme Court. Specifically, I consider the findings and recommendation of Judge Zwart (filing no. 21) and the objection (filing no. 24) and brief (filing no. 26) submitted by Ms. Crawford in response thereto. In detailed opinion, Judge Zwart recommends the following: (1) The court should find and conclude that Terri Crawford has failed to show cause why she should not be disbarred from practice before the United States District Court for the District of Nebraska; and (2) The court should enter an order disbarring Respondent from practice before this court in accordance with Nebraska General Rule 1.8 (e).

After de novo review, I find and conclude that Terri Crawford has failed to show sufficient cause under Nebraska General Rule 1.8(e)(4) or otherwise why she should not be disbarred. Accordingly,

IT IS ORDERED that Terri Crawford, the Respondent, is disbarred from the practice of law in this court pursuant to NEGenR 1.8(e). The Clerk shall mail a copy of this Memorandum and Order to Ms. Crawford and the Nebraska Counsel on Discipline. Until further order, this Memorandum and Order shall be sealed.

DATED this 7th day of August, 2013.

BY THE COURT:
*Richard G. Kopf*
Senior United States District Judge

---

\*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.