IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

In Re:

TERRI L. CRAWFORD,

          Respondent.

8:13AD4

ORDER

The court has entered an order disbarring respondent Terri L. Crawford. Upon review of the filings of record in this attorney discipline case, and in accordance with the policies of this court governing such cases,

IT IS ORDERED that the clerk shall unseal this case in its entirety.

Dated this 23rd day of April, 2014.

BY THE COURT:

*s/ Laurie Smith Camp*
Chief United States District Judge